FILED

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

11 MAY 16  PM 4: 34

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**UNITED STATES OF AMERICA**
**and**

**THE STATES OF**
**CALIFORNIA, COLORADO, CONNECTICUT,**
**DELAWARE, FLORIDA, GEORGIA, HAWAII,**
**ILLINOIS, INDIANA, LOUISIANA, MARYLAND,**
**MASSACHUSETTS, MICHIGAN, MINNESOTA,**
**MONTANA, NEW HAMPSHIRE, NEW JERSEY,**
**NEW MEXICO, NEW YORK, NORTH CAROLINA,**
**OKLAHOMA, RHODE ISLAND, TENNESSEE,**
**TEXAS, VIRGINIA AND WISCONSIN**
**AND THE DISTRICT OF COLUMBIA**

**ex rel.**

**JOSEPH FUENTES and**
**CHRISTOPHER RUSSO,**

                    **Plaintiffs,**

        **v.**                                **8:09-cv-1245-T-23-EAJ**

**GENZYME CORPORATION**                        **EX PARTE**
                                              **UNDER SEAL**
                                              [PURSUANT to 31 U.S.C.
                    **Defendant.**             § 3730(b)(2)]
_____/

### THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE
### IN PART AND TO DECLINE TO INTERVENE IN PART

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United

States notifies the Court of its decision to intervene in part of this action and to decline

to intervene in part of this action.  The United States intervenes as to all allegations,

except for those which allege the payment of kickbacks to physicians to induce the use

of Seprafilm and slurry.

Although the United States declines to intervene in a portion of the action, we

respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the declined portion of the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relators or the defendant propose that the part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action, even as to the non-intervened part of this action, be served upon the United States; the United States also requests that all orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in the portion of this action in which it is declining to intervene today, for good cause, at a later date.

The United States reserves the right to seek the dismissal of the relators' action or claim, at the appropriate time, under 31 U.S.C. § 3730(e)(4), on the ground that substantially the same allegations or transactions as alleged in the action or claim were publicly disclosed and that the relators do not qualify as an original source.

Finally, the United States requests that the relators' Complaint and First Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigations, such papers are provided by law to the Court alone for the sole purpose of evaluating

2

whether the seal and time for making an election to intervene should be extended.

A proposed Order is submitted for the Court's convenience.


May16, 2011                              Respectfully submitted,

                                         **TONY WEST**
                                         Assistant Attorney General

                                         **ROBERT E. O'NEILL**
                                         United States Attorney

                                         *Charles T. Harden III*

                                         **CHARLES T. HARDEN III**
                                         Assistant United States Attorney
                                         Florida Bar No. 97934
                                         400 North Tampa Street, Suite 3200
                                         Tampa, Florida 33602
                                         Tel: (813) 274-6316
                                         Fax: (813) 274-6200
                                         Email: charles.harden@usdoj.gov


                                         *Charles T. Harden III*

                                         **JAMIE A. YAVELBERG**
                                    *for:* **CHARLES J. BIRO**
                                         Attorneys, Department of Justice
                                         P.O. Box 261, Ben Franklin Station
                                         Washington, DC  20044
                                         Tel:  (202) 305-2479
                                         Fax: (202) 307-5788
                                         Email: Charles.Biro@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on _May 16, 2011_ the foregoing Government's Notice of Election to Intervene in Part and Decline to Intervene in Part was served via first class mail and electronic transmission on:

Barry A. Cohen
Kevin J. Darken
COHEN, FOSTER & ROMINE, PA
201 E. Kennedy Blvd., Suite 1000
Tampa Florida 33602


By:     _Charles T. Harden III_
        **CHARLES T. HARDEN III**
        **Assistant United States Attorney**